IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR-13-05-H-CCL |
|---|---|
| Plaintiff, | ORDER AND REQUEST FOR REASSIGNMENT OF CASE |
| vs. | |
| ANTONIO MATHIAS PETERSEN, | |
| Defendant. | |

On March 19, 2020, the United States Probation Office submitted a "Petition for Warrant for Offender Under Supervision" in *United States v. Petersen*, CR 13-5-H-CCL. The undersigned signed the order and a warrant was issued for Defendant's arrest on the same day.

The United States Probation submitted a separate "Petition for Warrant for Offender Under Supervision" in *United States v. Petersen* CR 14-7-H-SEH on March 19, 2020, and the Honorable Sam E. Haddon signed the order the same day.

It appears to the undersigned that it is in the interest of both justice and efficiency for a single judge to conduct the final revocation hearing in both cases. Judge Haddon agrees and is willing to receive this case. Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court shall notify Chief Judge Morris of entry of this Order so that he can consider reassignment of this case to Judge Haddon.

The Clerk of Court is directed to notify United States Probation and the United States Marshals Service of entry of this order.

Dated this 2nd day of April, 2020.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE