# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO MATHIAS PETERSEN,<br><br>Defendant. | CR 13-05-H-SEH<br><br>ORDER |

Defendant filed a Status Report on April 20, 2020,[1] advising the Court that Defendant requests an in-person, contested hearing on the petition for revocation. Within the Status Report is a contention "that this circumstance warrants a reopening and/or reconsideration of this detention status under Rules 32.1(a)(b) and 46(d), Fed. R. Crim. P.," and a "request that the Court . . . send the case back to Magistrate Judge Johnston so he can reconsider Mr. Petersen's request for release on conditions."[2]

---

[1] Doc. 59.

[2] Doc. 59 at 2.

ORDERED:

If Defendant seeks to reopen detention proceedings in this matter, he is directed to file forthwith a motion to reopen detention proceedings with a supporting brief. The United States shall file a response as provided in L.R. CR 47.2.

DATED this 21st day of April, 2020.

SAM E. HADDON
United States District Judge