# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-07-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| ANTONIO MATHIAS PETERSEN, | |
| Defendant. | |

On April 20, 2020, Defendant filed a Status Report in *United States of America v. Antonio Mathias Petersen*, CR 13-05-H-SEH, advising the Court that Defendant requests an in-person, contested hearing on the petition for revocation and a "request that the Court . . . send the case back to Magistrate Judge Johnston so he can reconsider Mr. Petersen's request for release on conditions."[1] No status report was filed in this case (CR 14-07-H-SEH).

---

[1] CR 13-05-H-SEH, Doc. 59 at 2.

ORDERED:

Defendant shall forthwith file a status report informing the Court as to whether and to what extent Defendant intends to contest the allegations in the petition for revocation.[2]

DATED this 21st day of April, 2020.

SAM E. HADDON
United States District Judge

---

[2] Doc. 32.